# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162284

*In re* CONTEMPT OF NICHOLAS SOMBERG.
_____

PEOPLE OF THE CITY OF ROSEVILLE,
      Plaintiff-Appellee,

v

                                    SC: 162284
                                    COA: 344041

TAYLOR NICHOLAS TRUPIANO,
      Defendant,                         Macomb CC: 2017-000114-AR

and

NICHOLAS SOMBERG,
      Appellant.

_____/

On order of the Court, the application for leave to appeal the October 15, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2021



Clerk

a0324